DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOSE RUIZ,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-3174

[December 19, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Melinda Brown, Judge; L.T. Case No. 17-006055CF10A.

Carey Haughwout, Public Defender, and Breanna Atwood, Assistant Public Defender, West Palm Beach, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, DAMOORGIAN and GERBER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***